UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-4078-MWF(SKx)** | Date: August 22, 2023 |
| Title | **Fabric Selection, Inc. v. Be Modest Boutique, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 25, 2023. (Docket No. 1). Plaintiff filed Proof of Service of the Summons and Complaint on June 9, 2023. (Docket No. 10).

On June 27, 2023, Defendant Be Modest Boutique ("BMB") filed an unopposed motion for extension of time to respond to the Complaint. (Docket No. 11). On July 3, 2023, the Court granted BMB's motion and extended the time for BMB to respond to the Complaint to August 3, 2023. (Docket No. 12).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 1, 2023**.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant, represented by counsel.

　　　OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-4078-MWF(SKx)**                                      Date:  August 22, 2023

Title         **Fabric Selection, Inc. v. Be Modest Boutique, et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 1, 2023** will result in the dismissal of this action.

   IT IS SO ORDERED.